GARY M. RESTAINO
United States Attorney
District of Arizona

BRANDON M. BROWN
Arizona State Bar No. 028892
THOMAS M. FORSYTH III
Arizona State Bar No. 026513
Assistant United States Attorneys

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Brandon.Brown3@usdoj.gov
Email: Thomas.Forsyth@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 06 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Stuart Andrew Newell,<br><br>Defendant. | No. CR-22-01128-PHX-DLR (MTM)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>(Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury)<br>Count 1<br><br>21 U.S.C. § 843(b)<br>(Use of Communication Facility in Facilitating the Commission of a Drug Felony)<br>Count 2<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about January 2, 2022, in the District of Arizona, the defendant, STUART ANDREW NEWELL, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-

4-piperidinyl] propanamide (commonly known as fentanyl), Schedule II controlled substances, to A.M.D., whose death and serious bodily injury resulted from such substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

On or about January 2, 2022, in the District of Arizona, the defendant, STUART ANDREW NEWELL, did knowingly and intentionally use any communication facility, the Facebook application, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 841(a)(1), that is, offense set forth in Count 1 of this indictment incorporated by reference herein.

In violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The United States realleges and incorporates the allegations of Counts 1 and 2 of this Information, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  September 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
BRANDON M. BROWN
THOMAS M. FORSYTH III
Assistant U.S. Attorneys