JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

MARK RUMOLD
CA Bar #279060
Asst. Federal Public Defender
Attorney for Defendant
mark_rumold@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-22-01128-PHX-DLR |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND MOTION TO EXTEND PRETRIAL MOTION DEADLINE** |
| vs. | |
| Stuart Andrew Newell, | **(First request)** |
| Defendant | **(Defendant in custody)** |

Defendant, through undersigned counsel, respectfully requests that this Court extend both the September 30, 2022 pretrial motion deadline, and the trial date of November 1, 2022, by sixty (60) days.

Counsel has received only limited discovery in this matter, and additional time is therefore necessary for defense counsel to review the discovery, investigate the case, engage in plea negotiations, prepare for trial, and otherwise render effective assistance of counsel to the defendant.

Defense counsel has contacted Assistant United States Attorney Brandon Brown regarding this motion and the government has no objection to the requested continuances.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: September 30, 2022.

JON M. SANDS
Federal Public Defender

 s/Mark Rumold
MARK RUMOLD
Asst. Federal Public Defender