IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-22-01128-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | **(First Request)** |
| Stuart Andrew Newell, | |
| Defendant | |

Upon motion of the defendant and no objection from the Government and good cause appearing,

IT IS ORDERED granting the defendant's Motion to Continue Trial and Pretrial Deadlines for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1 |       IT IS FURTHER ORDERED continuing the trial of this case from November 11, 2022, to _____, 2022, at _____ in _____, Arizona, and continuing the pretrial motions deadline until _____, 2022.

      IT IS FURTHER ORDERED that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the new trial date.

      The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ to _____.